# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Patricia Huff,<br><br>      Plaintiff,<br> v.<br><br>NCO Financial Systems, Inc.,<br><br>      Defendant. | Civil Action No.: 1:11-cv-00137-MR -DLH |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 6, 2011

Respectfully submitted,      By __/s/ Stacie Watson_____

                  Stacie Watson, Esq. (Bar No.: 23890)
                  Law Office of Stacie Watson.
                  P.O. Box 1412
                  Apex, North Carolina 27502
                  Telephone: (919) 522-6128
                  Facsimile: (919) 439-5308
                  Email: swatsonattorney@bellsouth.net
                  Attorneys for Plaintiff

                  Of Counsel To:

                  LEMBERG & ASSOCIATES L.L.C.
                  1100 Summer Street, 3rd Floor
                  Stamford, CT 06905
                  Telephone: (203) 653-2250
                  Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stacie Watson

Stacie Watson, Esq.