## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

_____ :

Patricia Huff,                                                           :
                                                                              :
                                                                              : Civil Action No.: 1:11-cv-00137-MR -DLH
                                                                              :
                                   Plaintiff,                          :
             v.                                                            :
                                                                              :
NCO Financial Systems, Inc.,                              :
                                   Defendant.                      :
                                                                              :
_____ :
                                                                              :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed against NCO Financial Systems, Inc. with prejudice and without costs to any

party.

Patricia Huff                                           NCO Financial Systems, Inc.


  ___/s/ Stacie Saunders-Watson_____                ___/s/ Amy Rich_____

Stacie Saunders-Watson, Esq.                   Amy L. Rich, Esq.
Law Office Of Stacie Watson                     NC Bar No. 35176
P.O. Box 1412                                           Doughton & Rich PLLC
Apex, North Carolina 27502                     633 West Fourth St., Suite 150
919-522-6128                                           Winston-Salem, NC 27101
Attorney for Plaintiff                                 336-725-9416
                                                                Attorney for Defendant


_____

SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 28, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Stacie Watson_____
Stacie Watson